Miles L. WATERS, Plaintiff—
Appellant,

v.

MARYLAND DEPARTMENT OF TRANSPORTATION, Motor Vehicle Administration; George Atkinson, Manager Motor Vehicle Administration Employee & Administration Services Support Services; Milton Chafee, Chief Deputy Administrator Motor Vehicle Administration; Carmen Carruba, Motor Vehicle Administration, Defendants—Appellees.

No. 09-2120.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Sept. 30, 2010.

John H. Morris, Jr., Baltimore, Maryland, for Appellant. Douglas F. Gansler, Attorney General of Maryland, Robert C. Cain, II, Assistant Attorney General, Glen Burnie, Maryland, for Appellees.

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Miles L. Waters appeals the district court's order granting Defendants' sum-

mary judgment motion on his retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e–17 (West 2003 & Supp.2010), and 42 U.S.C. §§ 1981, 1983 (2006), and entering judgment in Defendants' favor. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Waters v. Maryland Dep't of Transp.,* No. 1:08–cv–00396–WDQ, 2009 WL 2757098 (D.Md. Aug. 26, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*